UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

High Point Safety Insurance Company  :  Civil Action No. 16-cv-00384
                                     :
v.                                   :
                                     :
UNITE HERE Health                    :

## DISCLOSURE STATEMENT

The undersigned counsel for __Defendant, UNITE HERE Health__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

## OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____          Cleary, Josem & Trigiani LLP
Signature of Attorney              Name of Firm

Cassie R. Ehrenberg, Esquire       325 Chestnut Street, Suite 200
Print Name                         Address

1/25/16                            Philadelphia, PA  19106
Date                               City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)